IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RACHEL A. ONIEL,<br><br>Defendant. | 6:22-PO 5015-KLD<br><br>Violation: 9587127<br>Location Code: M18<br><br><br>ORDER |
|---|---|

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

Dated this 21st day of October, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1